IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

KEITA HAWA                              :
13006 Conductor Way                     :
Silver Spring, MD 20904                 :
                                        :
        Plaintiff,                      :
                                        :
v.                                      :    Case No.
                                        :
WASHINGTON METROPOLITAN AREA            :
TRANSIT AUTHORITY                       :
SERVE:                                  :
    Patricia Y. Lee, Esquire            :
    600 5th Street, N.W.                :
    Washington, D.C. 20001              :
                                        :
        Defendants.                     :

## COMPLAINT

COMES NOW the Plaintiff Keita Hawa, by and through her attorneys, Allan M. Siegel, Esquire, and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and respectfully states as follows:

### COUNT I
(Negligence – Personal Injury)

1. This Court has jurisdiction over the within cause of action as the United States District Courts have original jurisdiction for suits brought against the Washington Metropolitan Transit Area Authority (hereinafter "WMATA") for its tort violations, pursuant to the WMATA Compact. See Md. Code. Ann. Transp. §10-204; D.C. Code § 9-1107.1.

2. On or about July 6, 2021, at approximately 8:45 a.m., Plaintiff Keita Hawa was a passenger in a Montgomery County public bus, which was proceeding on Colesville Road, and beginning to turn left into the Washington Metropolitan Transit Area Authority bus loop, in Montgomery County, Maryland.

3. At said time and place, bus driver Richard Thomas Myers was operating a Metro bus owned by Defendant Washington Metropolitan Transit Area Authority, with the express permission and consent of Defendant WMATA, and/or as the agent, servant, and/or employee of Defendant WMATA, acting within the course and scope of his employment. Richard Thomas Myers was operating the Metro bus in the left turn lane on Colesville Road, proceeding directly behind the bus in which Plaintiff was a passenger.

4. At said time and place, Defendant WMATA's agent, servant, and/or employee, Richard Thomas Myers, negligently operated the Metro bus in such a manner as to cause it to strike the rear of the bus in which the Plaintiff was travelling, which was lawfully and properly stopped waiting to turn left into the aforementioned bus loop.

5. Defendant WMATA, acting by and through its agent, servant, and/or employee, Richard Thomas Myers, owed a continuing duty to operate its vehicle in a reasonable and

prudent manner with due regard to other persons then and there lawfully upon said roadway, such as the Plaintiff.

6. Defendant WMATA, acting by and through its agent, servant, and/or employee, Richard Thomas Myers, breached the duties owed to the Plaintiff, Keita Hawa. The collision referred to herein was caused by the negligence of Defendant WMATA's agent, servant, and/or employee, Richard Thomas Myers, who, inter alia, failed to maintain a proper distance between the Metro bus he was driving and the bus in which Plaintiff was travelling, failed to pay full time and attention, failed to maintain a proper lookout, failed to operate the Metro bus at a safe and reasonable speed, failed to maintain control of the Metro bus, failed to operate the Metro bus so as to avoid a collision, and failed to obey the rules and regulations of the State of Maryland, then and there in full force and effect. At all times mentioned herein, Plaintiff was free of negligence and/or contributory negligence.

7. As a direct and proximate result of the Defendant's aforesaid negligence, Plaintiff Keita Hawa suffered injuries and damages, including, but not limited to: a left-side carotid dissection requiring carotid angiogram; a traumatic brain injury causing, inter alia, cognitive disorder, post-traumatic stress disorder, and post-traumatic headaches; a disc protrusion at L4-5; lumbar radiculopathy; and cervical

radiculopathy; she has incurred, and will continue to incur, medical and hospital expenses in an effort to care for her injuries; she has suffered, and will in the future suffer, a loss of earnings and/or earning capacity; and she has suffered, and will in the future suffer, great pain of body and mind, all of which may be permanent in nature.

WHEREFORE, Plaintiff Keita Hawa demands judgment of and against Defendant Washington Metropolitan Area Transit Authority in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), plus pre-judgment interest and costs.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**

/s/ Allan M. Siegel
Allan M. Siegel (#23138)
1232 17th Street, N.W.
Washington, D.C. 20036
202-659-8600
siegel@dc-law.net
Attorneys for Plaintiff

JURY DEMAND

Plaintiff hereby requests a trial by jury as to all issues triable herein.

/s/ Allan M. Siegel
Allan M. Siegel